Michael P. Balaban,  State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023

Attorney for Plaintiff
MARTIN MARTINEZ

Jeffrey I. Pitegoff, State Bar No. 5458
PITEGOFF LAW OFFICE
415 South Sixth Street, Suite 300
Las Vegas, NV  89101
(702)333-1936
Fax: (702)933-8673

Attorney for Defendant
UMC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN MARTINEZ, | CASE NO. 2:13-cv-00003-APG-VCF |
| Plaintiff, | STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER |
| vs. | [FIRST REQUEST] |
| CLARK COUNTY, a political subdivision, and municipality including its department, UNIVERSITY MEDICAL CENTER, | |
| Defendants. | |

    Plaintiff, MARTIN MARTINEZ (hereinafter "Plaintiff" or "Martinez") and Defendant, CLARK COUNTY, a political subdivision, and municipality including its department, UNIVERSITY MEDICAL CENTER (hereinafter "Defendant" or "UMC"), by and through their

1

undersigned counsel, hereby agree and stipulate to amend the current Discovery Plan and Scheduling Order (Dkt #11), by extending the current discovery cut-off date of September 2, 2013 and related dates 90 days.

**1.      Statement specifying the discovery completed to date.**

<u>Plaintiff:</u>

| | |
|---|---|
| Initial disclosures | May 3, 2013 |
| Plaintiff's First Set of Requests for Production | May 25, 2013 |
| Plaintiff's First Set of Interrogatories | May 25, 2013 |
| Responses to Defendant's Interrogatories | Currently due September 2, 2013 |
| Responses to Defendant's Requests for Production | Currently due September 2, 2013 |

<u>Defendant:</u>

| | |
|---|---|
| Initial Disclosures | May 6, 2013 |
| First Supplement Initial Disclosures | June 5, 2013 |
| Responses to Plaintiff's First Set of Interrogatories | July 22, 2013 |
| Responses to Plaintiff's First Set of Requests for Production | July 23, 2013 |
| Defendant's Interrogatories (Set One) to Plaintiff | August 2, 2013 |
| Defendant's Requests for Production of Documents and other Tangible Things (Set One) to Plaintiff | August 2, 2013 |

**2.      A specific description of the discovery that remains to be completed.**

Plaintiff currently desires to depose Karen Edwards, James Mumford, Anthony Tyler, Teresa Scupi, Cheryl Zimmer, Vicki Wolms, Firooz Mashhood, M.D. and G. Michael Elkanich, M.D.  Defendant currently desires to depose Plaintiff.  Both parties are in the process of scheduling these depositions.

In addition both parties might propound additional written discovery.

**3. The reasons why the discovery remaining was not completed within the time limits set by the scheduling order.**

1. Counsel for Plaintiff has recently prepared two oppositions to motions for summary judgment, in addition to his workload in other cases; and

2. Defendant's counsel is currently involved in a complex matter involving three separate cases consolidated for discovery purposes. In addition, Defendant's counsel has been involved in three labor arbitration matters which have consumed more time than anticipated.

**4. A proposed schedule for completing all remaining discovery.**

1. Last day to conduct discovery: December 2, 2013.

2. Last day to file dispositive motions: January 2, ~~2013~~ 2014.

3. Last day to file Joint Pretrial Order: February 1, ~~2013~~ 2014. In the event dispositive motion(s) are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

This is the parties' first request for an extension of the discovery deadline and is being done ~~20~~ 21 days before the current discovery cut-off.

For good cause shown, the parties request that this stipulation and order be granted. Respectfully submitted,

DATED: 08/13/2013                LAW OFFICES OF MICHAEL P. BALABAN

BY:      /s/ Michael P. Balaban
       Michael P. Balaban
       LAW OFFICES OF MICHAEL P. BALABAN
       10726 Del Rudini Street
       Las Vegas, NV 89141

| | | |
|---|---|---|
| 1 | DATED: 08/13/2013 | PITEGOFF LAW OFFICE |
| 2 | | |
| 3 | | BY:      /s/ Jeffery Pitegoff |
| 4 | | Jeffery Pitegoff |
| 5 | | PITEGOFF LAW OFFICE |
| | | 415 South Sixth Street, Suite 300 |
| | | Las Vegas, NV  89101 |

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of August, 2013.

_____
Honorable Cam Ferenbach
United States Magistrate Judge

4