UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

MARTIN MARTINEZ,

        Plaintiff,

vs.

UNIVERSITY MEDICAL CENTER,

        Defendant.

2:13-cv-00003-APG-VCF

**ORDER**

        The court held a settlement conference on May 26, 2015 and the parties reached a settlement agreement. (#37). The parties were ordered to file a proposed stipulation and order for dismissal by August 24, 2015. *Id.* To date, no proposed stipulation and order for dismissal has been filed.

        Accordingly,

        IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., September 17, 2015, in courtroom 3D.

        DATED this 11th day of September, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE