JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Telephone No. (702) 405-8100
Fax No. (702) 405-8101

*Attorney for Defendant*
*University Medical Center*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN MARTINEZ, | ) |
| | ) Case No.: 2:13-cv-00003-APG-VCF |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR** |
| v. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| CLARK COUNTY, a political subdivision, | ) (Dkt. #39) |
| and municipality, including its department, | ) |
| UNIVERSITY MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

The parties, by and through their respective attorneys of record, and hereby stipulate that the issues in the above-titled action may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

///

///

///

///

///

///

///

1

IT IS SO STIPULATED.

Dated: September __14th__, 2015

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff*

Dated: September __14th__, 2015

MORRIS SULLIVAN LEMKUL & PITEGOFF, LLP

/s/ Jeffrey I. Pitegoff, Esq.
JEFFREY I. PITEGOFF, ESQ
3770 Howard Hughes Parkway, 170
Las Vegas, Nevada 89169
*Attorney for Defendant*

### ORDER

IT IS HEREBY ORDERED that the Stipulation and Order be granted and the above-titled action be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

Dated: September 14, 2015.

UNITED STATES DISTRICT COURT JUDGE

2